IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE, LLC, FIRST PLACE REAL ESTATE, SELFLOVU, LLC, THE JENNA RYAN SHOW, AND DOTJENNA,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAYPAL HOLDING COMPANY,<br><br>  Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Ronald W. Burns, an attorney admitted to practice in the Eastern District of Texas, hereby enters his appearance on behalf of JLR Global, LLC, Jenna Ryan Realty, LLC, Jenna Ryan Real Estate, LLC, First Place Real Estate, SelfLoveU, LLC, The Jenna Ryan Show, and DotJenna (collectively "Ryan Plaintiffs") in the above captioned matter. Mr. Burns enters as the Lead Attorney (Attorney in Charge).

July 14, 2022                                    Respectfully Submitted,

                                    By: /s/ *Ronald W. Burns*

                                    Ronald W. Burns (*Lead Counsel*)
                                    Texas State Bar No. 24031903
                                    Fresh IP, PLC
                                    5999 Custer Road, Suite 110-507
                                    Frisco, Texas 75035
                                    972-632-9009
                                    ron@freship.com

                                    **ATTORNEY FOR RYAN PLAINTIFFS**

[2]

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2022, the foregoing pleading was filed with the Clerk of Court using the court's electronic filing system and that all counsel of record will be served via the court's CM/ECF system.

                                              /s/ *Ronald W. Burns*
                                              Ronald W. Burns

[2]