IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE. LLC, FIRST PLACE REAL ESTATE, SELFLOVEU, LLC, THE JENNA RYAN SHOW & DOTJENNA,<br><br>      Plaintiffs,<br><br>      v.<br><br>PAYPAL HOLDING COMPANY,<br><br>      Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

**MARK LIEBERMAN'S UNOPPOSED MOTION TO**
**WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Mark Lieberman hereby files this unopposed motion to withdraw as counsel for the Plaintiffs, and in support thereof would show:

1. Ronald W. Burns, of the law firm of Fresh IP PLC, remains as counsel for Plaintiffs, and should be designated as Lead Counsel for Plantiffs.
2. Under Local Rule 11(c), Mark Lieberman requests that he be permitted to withdraw.
3. Withdrawal, if granted, will not prejudice any party or the Court, and will not impede or delay this case in any way.

Therefore, Mark Lieberman respectfully requests that he be permitted to withdraw, and that such withdrawal be confirmed by Order from the Court.

Dated:  July 22, 2022                                Respectfully Submitted,

                                By: /s/ Mark Lieberman
                                    Mark Lieberman
                                    Texas State Bar No. 12332520
                                    mjc358@hotmail.com
                                    Law Ofices of Mark Lieberman
                                    1704 Pine Hills Lane
                                    Corinth, TX 76210
                                    469-385-8823
                                    **COUNSEL FOR PLAINTIFFS**

[2]

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the Parties met and conferred on July 21, 2022, concerning this motion and withdrawal requested. Counsel for the defendants indicated no opposition to this motion, or to the requested withdrawal.

/s/ Mark Lieberman
Mark Lieberman

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 22nd day of July, 2022.

/s/ Mark Lieberman
Mark Lieberman