IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE. LLC, FIRST PLACE REAL ESTATE, SELFLOVEU, LLC, THE JENNA RYAN SHOW & DOTJENNA, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL HOLDING COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-559 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW BY MARK LIEBERMAN

The Court, having considered the unopposed motion to withdraw filed by Mark Lieberman, is of the opinion that such motion is well-taken and should be granted.

It is therefore ORDERED that the aforementioned motion is granted and Mark Lieberman is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.