IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE. LLC, FIRST PLACE REAL ESTATE, SELFLOVEU, LLC, THE JENNA RYAN SHOW & DOTJENNA,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDING COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW BY MARK LIEBERMAN

The Court, having considered the unopposed Motion to Withdraw (Dkt. #6) filed by Mark Lieberman, is of the opinion that such motion is well-taken and should be granted.

It is therefore ORDERED that the aforementioned motion is granted and Mark Lieberman is hereby withdrawn as counsel for Plaintiffs.

**IT IS SO ORDERED.**

**SIGNED this 25th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE