IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-559 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT A



**Jenna Ryan <jennaryanrealty@gmail.com>**

# You can no longer do business with PayPal. (Ref ID - PP-L-256494699458)

**service@paypal.com** <service@paypal.com>     Thu, Jan 21, 2021 at 6:45 PM
To: Jenna Ryan Realty <jennaryanrealty@gmail.com>

Hello, jennifer ryan



## You can no longer do business with PayPal

Dear Jennifer Ryan,

We have recently reviewed your PayPal account activity, and determined that you are in violation of PayPal's Acceptable Use Policy regarding your use of the PayPal products.

As a result, your account has been permanently limited, with no further ability to send or receive funds. Please remove all references to PayPal from your website/s and/or auction/s. This includes not only removing PayPal as a payment option, but also the PayPal logo and PayPal shopping cart.

The PayPal User Agreement states that PayPal reserves the right to limit an account for any violation of the PayPal User Agreement, including the Acceptable Use Policy. You can view the complete PayPal Acceptable Use Policy by clicking the "Legal" link at the bottom of any PayPal page and clicking "PayPal Acceptable Use Policy". You can

also find some more information on the PayPal Acceptable Use Policy on our Help Center.

The complete User Agreement can be found at the following URL: https://www.paypal.com/us/webapps/mpp/ua/useragreement-full

If you have a remaining balance, you may withdraw the funds to your bank account. Information on how to withdraw funds from your PayPal Account can be found at our Help Center.

We appreciate your cooperation.

Sincerely,

PayPal

Log in to PayPal



Help & Contact  |  Security  |  Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? Learn more

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC001764:1.4:3a60c9d21c5e8