# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JLR GLOBAL, LLC, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**PAYPAL INC.,**<br><br>　　Defendant. | **CIVIL ACTION NO.: 4:22-cv-559**<br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT B



Jenna Ryan <jennaryanrealty@gmail.com>

# request for comment from CNET

**Laura Hautala** <lhautala@redventures.com>　　　　　　　　　　Thu, Jan 21, 2021 at 7:31 PM

To: "jennaryanrealty@gmail.com" <jennaryanrealty@gmail.com>

Hello, I cover e-commerce for CNET, the tech publication. PayPal has told me they shut down an account for Jenna Ryan because she is fundraising for purposes other than legal defense in violation of the company's policies. I wanted to offer Jenna the opportunity to comment. Thanks in advance for your response.
Best regards,
Laura

Laura Hautala
CNET News Staff Reporter
415-529-8217