IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PAYPAL INC.,<br><br>   Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

# EXHIBIT D



**Jenna Ryan <jennaryanrealty@gmail.com>**

# Jenna Ryan Defense

**Adriane Angayan** <adriane.angayan@fundly.com>   Tue, Jan 19, 2021 at 11:27 AM
To: "jennaryanrealty@gmail.com" <jennaryanrealty@gmail.com>
Cc: Missy Singh <missy.singh@fundly.com>

Hello Jenna,

We are suspending your campaign - Jenna Ryan Defense because it violates our Terms and Conditions.

Thank you,
Adriane
Fundly Security Team