IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PAYPAL INC.,<br><br>   Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JLR GLOBAL, LLC, et al.,

    Plaintiffs,

v.

PAYPAL INC.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-559

JURY TRIAL DEMANDED

## DECLARATION OF SHELLY STANCILL

I, the undersigned, make this Declaration to the best of my personal knowledge, and do so under penalty of perjury.

1. I am resident of Dallas County, Texas.
2. Prior to 2021, Jenna Ryan was my real estate agent. She sold my house in Collin County and I bought my house in Dallas County with Jenna Ryan as my Realtor. I have known her since around 2014. She is a great agent.
3. I was shocked when I saw her all over the news in January of 2021. I was worried about her, and I was mad at the media for lying about her. I know her and what they were saying in the media was not true.
4. I tried to send her a donation through PayPal, but for some reason the donation did not go through.
5. After all of the media attacks on her, I was afraid to contact Jenna. I feared calling Jenna and was unable to refer any of my friends to her for real estate because the media was going so far and reporting about her went overboard. I would not refer my friends and people I know to Jenna because it's embarrassing what was published about her online, and I was afraid of letting people know that I like her.

Dated: Aug. 9, 2022

_Shelly Stancill_
Shelly Stancill

[1]