IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-559 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-559 <br><br> JURY TRIAL DEMANDED |

### DECLARATION OF BRANDI SIMON

I, the undersigned, make this Declaration to the best of my personal knowledge, and do so under penalty of perjury.

- I am resident of Collin County, Texas.

- I consider Jenna Ryan to be my Real Estate Agent, and I've considered her my agent for the past several years. Prior to 2021, she helped us to sell our home and ended up getting us a lot more than we expected for the property. I loved Jenna because she was very reliable. Even though I was a licensed Realtor at the time, I chose to use Jenna to sell my home because I liked her so much. This lady did what she said she was going to do, and went above and beyond my expectations. I've loved her every since, and follow her posts on social media.

- I was VERY upset when I witnessed the way she was treated in the media beginning in January of 2021. I was in shock! People were trying to destroy her life, and it was obvious.

- I watched everything and I saw how she was canceled from PayPal and other places, and the reports and reactions that followed. The reports did not match who Jenna is as a person, and she did not deserve that level of mistreatment.

- I decided that no matter what, I was going to use Jenna Ryan as my Real Estate Agent in 2022, regardless of all the negative press, but it was not without negative ramifications. All my friends questioned my judgment to use Jenna, concerned that if she represented me in buying a home, the other agents may not accept the contract because of her bad reputation. Several people warned me against using Jenna as my real estate agent.

- I was nervous about using her as my agent for buying our new home because of Jenna's wrongly tarnished reputation in the marketplace. I had to wait until the negative publicity Jenna was receiving settled down before I could even think about starting my search for a home.

- Once we started looking, with every contract we submitted (in a very competitive Seller's Market) I was concerned we would not get the house because of the negative publicity

surrounding Jenna.

- I feel as though I could never refer Jenna Ryan to any of my friends for real estate, because they are all wary of her and the negative publicity she's received. They wonder why I am remaining loyal to her.

- Because I know her personally, I was willing to risk using her as my agent, but I've had to pay a price and suffer negative consequences as a result of working with her.

Dated: Aug 9, 2022

_____
Brandi Simon