IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Defendant's Motion To Compel Arbitration and Dismiss (ECF No. 10) ("Motion") and Plaintiffs' Response to that Motion. Having considered the motion, response, and the record, Court finds that the Motion should be denied in its entirety.

It is therefore ORDERED that Defendant's Motion To Compel Arbitration and Dismiss, and all relief sought therein, is DENIED.

SO ORDERED.