IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>PAYPAL, INC.,<br><br>  Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is the Defendant's Motion to Stay Discovery ("Motion to Stay") (ECF No. 20) and Plaintiffs' Response to the same. Having considered the motion, response, and the record, Court finds that the Motion to Stay should be denied in its entirety.

It is therefore ORDERED that Defendant's Motion To Stay, and all relief sought therein, is DENIED.

The Court also finds that Defendant's refusal to produce discovery materials pending the outcome of its Motion to Stay is improper and unwarranted.

It is therefore ORDERED that Defendant respond to Plaintiffs' pending requests for production, with all responsive materials, by November 23, 2022.

Finally, the Court will grant leave to the Plaintiffs to file a proposal for an amended scheduling order in this matter. Plaintiffs shall have this filed no later than November 29, 2022.

SO ORDERED.