IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

### AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

### DEADLINES

| | |
|---|---|
| March 1, 2023 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| March 16, 2023 | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |
| April 6, 2023 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| April 6, 2023 | Deadline for Defendant to file amended pleadings. (A motion for leave to amend is required.) |
| 6 weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert report in order to provide the court with all the information necessary to make a ruling on any objection. |

| | |
|---|---|
| April 6, 2023 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| 6 weeks prior to the deadline for mediation | Deadline by which the parties shall notify the Court of the, name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| June 20, 2023 | Mediation deadline. |
| June 7, 2023 | All discovery shall be commenced in time to be completed by this date. |
| September 15, 2023 | Notice of intent to offer certified records. |
| September 15, 2023 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| September 22, 2023 | Deposition Designation due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court.<br><br>The party who initial Video Deposition served an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all the parties' designations and the Court's rulings on objections. |
| September 29, 2023 | Motions in limine due. File Joint Final Pretrial Order. (*See* www.txed.uscourts.gov). |
| October 13, 2023 | Response to motions in limine due. |

| | |
|---|---|
| October 13, 2023 | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response). If numerous objections are filed the court may set a hearing prior to docket call. |
| | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed the Court may set a hearing to consider all pending motions and objections. |
| December 4, 2023 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined | 10:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial Docket will be tried between January 8, 2024 and January 29, 2024. A specific trial date in this frame will be selected at the Final Pretrial Conference. |