# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, ET AL., § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No.  4:22-CV-559 |
| § | Judge Mazzant |
| PAYPAL HOLDING CO., § | |
| § | |
| *Defendant.* § | |

## ORDER

Before the Court is the Plaintiffs' Unopposed Emergency Motion to Amend Scheduling Order (Dkt. #23).  Having considered the motion and the relevant law, the Court finds that good cause exists to extend all deadlines, and therefore, the motion should be **GRANTED** as set forth herein.

The Court now enters this case-specific Order which controls disposition of this action pending further action by the Court.  The following actions shall be completed by the date indicated:[1]

### DEADLINES

| | |
|---|---|
| June 20, 2023 | Mediation deadline. |
| March 1, 2023 | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| March 16, 2023 | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

| | |
|---|---|
| April 6, 2023 | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| April 6, 2023 | Deadline for Defendants' to final amended pleadings. (A motion for leave to amend is required). |
| Six (6) weeks after disclosure of an expert is made. | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| April 6, 2023 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| June 7, 2023 | All discovery shall be commenced in time to be completed by this date. |
| September 15, 2023 | Notice of intent to offer certified records. |
| September 15, 2023 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| September 22, 2023 | Deposition Designation due.  Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered.  All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included.  Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court.<br><br>The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |

| | |
|---|---|
| September 29, 2023 | Motions in limine due.<br>File Joint Final Pretrial Order.  (*See* www.txed.uscourts.gov). |
| October 13, 2023 | Response to motions in limine due.[2] |
| October 13, 2023 | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[3]  (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response).  If numerous objections are filed the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| December 7, 2023 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas.  Date parties should be prepared to try case.  All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m.  However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| **To be determined** | 10:00 a.m**.** Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between **January 2, 2024, and February 2, 2024.**  A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

---

[2] This is not an invitation or requirement to file written responses.  Most motions in limine can be decided without a written response.  But, if there is particularly difficult or novel issue, the Court needs some time to review the matter.  To save time and space respond only to items objected to.  All others will be considered to be agreed.  Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response.  The parties shall notify the court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved.  The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

**IT IS SO ORDERED.**
**SIGNED this 12th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE