**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **JLR GLOBAL, LLC, et al.** | |
| **Plaintiffs,** | **CIVIL ACTION NO.: 4:22-cv-559** |
| **v.** | **JURY TRIAL DEMANDED** |
| **PAYPAL, INC.,** | |
| **Defendant.** | |

**ORDER GRANTING WITHDRAWAL OF REPRESENTATION OF DEFENDANTS**

Before the Court is the Ronald W. Burns' ("Burns") Motion to Withdraw from Representation of Defendants. Having considered this motion, the Court finds that there is good cause for granting the motion and granting the withdrawal.

It is therefore ORDERED that Burns is terminated from this cause of action, effective as of the date of this Order.


SO ORDERED.


DATED this _____ day of _____, 20_____.

BY THE COURT:


_____

United States District Judge