IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>　Plaintiffs,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING WITHDRAWAL OF REPRESENTATION OF PLAINTIFFS**

　Before the Court is the Ronald W. Burns' ("Burns") Motion to Withdraw from Representation of Plaintiffs. Having considered this motion, the Court finds that there is good cause for granting the motion and granting the withdrawal.

　It is therefore ORDERED that Burns is terminated from this cause of action, effective as of the date of this Order.

　　SO ORDERED.

　　DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　United States District Judge