IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

### ORDER

Before the Court is the Motion to Withdraw from Representation of Plaintiffs (Dkt. #27), filed by Ronald W. Burns. The Court hereby ORDERS Counsel to provide the Court with contact information for each Plaintiff. Counsel shall file a pleading providing the Court with the requested information no later than August 11, 2023.

    IT IS SO ORDERED.

    SIGNED this 26th day of July, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE