IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PAYPAL, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

### ORDER

Before the Court is Ronald W. Burns' Motion to Withdraw from Representation of Plaintiffs (Dkt. #27).

On July 26, 2023, the Court entered an Order (Dkt. #28) directing Mr. Burns to provide the Court with contact information for each Plaintiff, ordering Counsel to file a pleading providing the Court with the requested information no later than August 11, 2023. The docket of this case reflects that no response to the Court's Order has been filed.

It is therefore ORDERED that Ronald W. Burns' Motion to Withdraw from Representation of Plaintiffs (Dkt. #27) is **DENIED** for Counsel's failure to respond to a Court Order and provide the Court with the information requested.

　　IT IS SO ORDERED.

　　SIGNED this 27th day of September, 2023.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　AMOS L. MAZZANT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE