# EXHIBIT A

**RONALD W. BURNS**
Direct Dial: (972) 632-9009
Email: rburns@burnsiplaw.com

August 4, 2023

<u>Via Email:</u>   [jennaryanrealty@gmail.com]

Jennifer Ryan
407 E Tyler St
Richardson, TX 75081

Re:   Circumstances Concerning Termination of Representation of Jennifer Ryan

To Whom It May Concern:

On April 18, 2023 - while I was employed as an attorney at the law firm of Fresh IP, PLC ("*Firm*") - I filed a motion to withdraw as counsel for the plaintiffs in *JLR Global, LLC, et al. v. Paypal Inc.* (EDTX 4:22-cv-559) ("*Lawsuit*"). That motion requested termination of the representation based upon professional considerations that required termination.

When the representation was first commenced, plaintiffs agreed to pay any 3rd party fees directly, with the understanding that the Firm would not advance any 3rd party fees or costs.

When the Lawsuit was directed to arbitration, plaintiffs indicated that they would not be able to pay any fees. The Firm indicated that it would not be able to advance any fees for arbitration. Subsequently, communications between the plaintiffs and the Firm became irreconcilable, and the motion to withdraw was filed.

Respectfully,

By: /s/ Ronald W. Burns
Ronald W. Burns, Esq.