# EXHIBIT B



Jenna Ryan <jennaryanrealty@gmail.com>

## Arbitration with PayPal

**John Pierce** <jpierce@johnpiercelaw.com>  　　　　　Mon, Jun 19, 2023 at 9:11 AM
To: Jenna Ryan <jennaryanrealty@gmail.com>

Hi Jenna. I talked to my team about that, and the consensus is approximately $350K.


**From:** Jenna Ryan <jennaryanrealty@gmail.com>
**Sent:** Sunday, June 18, 2023 1:10 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Subject:** Arbitration with PayPal


Hi John,


How much do you think it will take to do the arbitration against PayPal? That's one thing that Pravati Capital asked me. What do you think?

**Text Communication with Attorney Tom Shaw**
July 26, 2023 @ 8:38 am

# EXHIBIT B

To: Tom Shaw

Based on the description of facts you provided to me when we met, the cost of arbitrating your dispute is not less than $250,000 and likely more than that depending on how aggressively it is defended.

That is the extent to which I can help you. Good luck

W: pravaticapital.com

# EXHIBIT B

This message and its content are confidential, may be privileged, and are intended only for the addressee. If you are not the intended recipient, please communicate to the sender and delete this message and any attachment or content from your systems. If this email has been sent to you in error, please destroy and not copy this message or disclose the contents to any other entity. This is not an offering of securities.

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Monday, June 19, 2023 7:13 AM
**To:** Aaron Lloyd <aaron@pravaticapital.com>
**Cc:** Samantha Polk <samantha@pravaticapital.com>
**Subject:** RE: Pravati Capital Introduction

Circling back on this one with Jenna against PayPal, I conferred with my team and the consensus is approximately $350K including fees and costs. Let me know if you have any questions. I still have a couple other cases I will be sending you. Hope everyone had a nice holiday weekend.

John

**From:** Aaron Lloyd <aaron@pravaticapital.com>
**Sent:** Thursday, June 8, 2023 2:08 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Samantha Polk <samantha@pravaticapital.com>
**Subject:** RE: Pravati Capital Introduction

John,

Thanks for sending Jenna Ryan over to us. I spoke to her this morning. She