# EXHIBIT C

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

## Following up

**Suzette Petrasanta** <suzette@legalist.com>   Wed, Jun 28, 2023 at 3:40 PM
To: jennaryanrealty@gmail.com
Cc: Jameson Morton <jameson@legalist.com>, Elvira Masferre <elvira@legalist.com>

Hi Jenna,

I wanted to circle back with you regarding the JLR Global, LLC et al case. Jameson had a chance to discuss with our underwriting team, and based on our current understanding, while we still think that this case may have strong liability, it's likely not yet a good fit for our investment criteria at this time. We wanted to let you know sooner rather than later.

Can you keep us in the loop as the case progresses? We look forward to seeing how things progress and hopefully working together in the future.

Best,
Suzette L. Petrasanta
Executive Assistant
LEGALIST, INC.
t:  (415) 570-7878
58 West Portal Ave #747
San Francisco, CA 94127
www.legalist.com

# EXHIBIT C

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

## FW: Pravati Capital Introduction

**John Pierce** <jpierce@johnpiercelaw.com>  Wed, Jun 21, 2023 at 3:45 PM
To: Jenna Ryan <jennaryanrealty@gmail.com>

Just FYI on Pravati.

**From:** Aaron Lloyd <aaron@pravaticapital.com>
**Sent:** Wednesday, June 21, 2023 4:21 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Samantha Polk <samantha@pravaticapital.com>
**Subject:** RE: Pravati Capital Introduction

John,

We thank you for bringing the Jenna Ryan case to us but have decided to pass. We look forward to hearing more on the vaccine cases and any others you'd like to share with us.

Thanks,



**Aaron Lloyd, Esq.** | Legal Investment Analyst

**O:** 844-772-8284

**D:** 480-718-3142

**W:** pravaticapital.com