# EXHIBIT D

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

## Jenna Ryan, et al v. PayPal

**Josh Dixon (Liberty Center)** <JDixon@libertycenter.org>　　　　Wed, Jul 26, 2023 at 3:58 PM
To: "jennaryanrealty@gmail.com" <jennaryanrealty@gmail.com>

Jenna,

Good afternoon. I am the Director of Litigation for the Center of American Liberty, the litigation non-profit that Harmeet founded. Harmeet previously forwarded me your email below. I'm writing to follow up on your inquiry. I'm sorry to report that the Center for American Liberty is not able to represent you in this matter. Please feel free to contact me if you have any questions.

Thanks,

Josh Dixon, Esq.*

*Director of Litigation*

Center for American Liberty

(703) 687-6200

www.libertycenter.org

*Licensed in North and South Carolina

---------- Forwarded message ---------