EXHIBIT F

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

## PayPal Arbitration Fees

**Vartabedian, Rob** <Rob.Vartabedian@alston.com>  Wed, Aug 16, 2023 at 2:59 PM
To: Jenna Ryan <jennaryanrealty@gmail.com>
Cc: "Allison, Alix" <Alix.Allison@alston.com>

Ms. Ryan-

As the court in the Eastern District of Texas held, the User Agreement governs your and your businesses' use of PayPal services including disputes between the parties. So PayPal's view is that under that agreement, for claims greater than $10,000, you and those businesses may ask the arbitrator to have PayPal provide financial assistance with AAA arbitration fees; if you and your businesses want to seek such financial assistance, it will be for the arbitrator to decide how much assistance towards arbitration fees, if any, PayPal will provide. However, the Agreement does not contain any provision requiring PayPal to pay your attorneys' fees or expert witness costs and PayPal declines your request regarding those expenses.

-Rob

Robert C. Vartabedian
Partner
**ALSTON & BIRD**
301 Commerce Street, Suite 3635
Fort Worth, TX 76102
Rob.Vartabedian@alston.com

**From:** Jenna Ryan <jennaryanrealty@gmail.com>
**Sent:** Wednesday, July 26, 2023 5:28 PM