# EXHIBIT G

The Law Offices Of

# MARK DOMINIC GROSSO
## 877 – 6400 – LAW

| | |
|---|---|
| **Office** | 214.699.1529 |
| **Fax:** | 214.699.0234 |
| **Email** | Office@LawSignal.com |

August 30, 2023

Jennifer L. Ryan
407 E. Tyler Street
Richardson, Texas 75081

Via Email to: JennyRyanRealty@Gmail.com

Re:    Engagement | Case No. 4:22-CV-00559, *Jenna Ryan et al v. PayPal Holding Company*, In the United States District Court for the Eastern District of Texas.

Dear Jenna Ryan:

Sincere thanks for taking the time to speak with me regarding this matter that is presently pending federal arbitration. We have reviewed your case and concluded that it would be our distinct privilege to represent you in this matter going forward should it be returned to the Court for final disposition.

As discussed, we agree to proceed on a contingency fee basis of 25% of any settlement recovery. Fees in addition to this amount may also be required upon conclusion, including but not limited to citation issuance, service of process, subpoena service, witness fees, deposition(s), expert witnesses, and other essential costs that may arise or be required.

I have enclosed a Proposed Agreement for your review and approval. If this is acceptable to you, please sign and return at your earliest opportunity. Thank you for selecting our firm to assist you during this challenging time.

Kindest regards,

Mark D. Grosso

cc: AM, AB
    Client/File

Enclosures:    As indicated

| Office Address | Mail Only |
|---|---|
| 140 E. Main Street, Suite 200 | 6101 Long Prairie Road, Suite 744-300 |
| Lewisville, Texas 75077 | Flower Mound, Texas 75028 |

www.LawSignal.com

The Law Offices Of

# MARK DOMINIC GROSSO
## 877 — 6400 — LAW

**Office**  214.699.1529
**Fax:**  214.699.0234
**Email**  Office@LawSignal.com

August 30, 2023

Jennifer L. Ryan
407 E. Tyler Street
Richardson, Texas 75081

Via Email to: JennyRyanRealty@Gmail.com

    Re:  Engagement | Case No. 4:22-CV-00559, *Jenna Ryan et al v. PayPal Holding Company*, In the United States District Court for the Eastern District of Texas.

Dear Jenna Ryan:

  Sincere thanks for taking the time to speak with me regarding this matter that is presently pending federal arbitration. We have reviewed your case and concluded that it would be our distinct privilege to represent you in this matter going forward should it be returned to the Court for final disposition.

  As discussed, we agree to proceed on a contingency fee basis of 25% of any settlement recovery. Fees in addition to this amount may also be required upon conclusion, including but not limited to citation issuance, service of process, subpoena service, witness fees, deposition(s), expert witnesses, and other essential costs that may arise or be required.

  I have enclosed a Proposed Agreement for your review and approval. If this is acceptable to you, please sign and return at your earliest opportunity. Thank you for selecting our firm to assist you during this challenging time.

       Kindest regards,

       Mark D. Grosso

cc:  AM, AB
  Client/File

Enclosures: As indicated

---

| Office Address | Mail Only |
|---|---|
| 140 E. Main Street, Suite 200 | 6101 Long Prairie Road, Suite 744-300 |
| Lewisville, Texas 75077 | Flower Mound, Texas 75028 |

The Law Offices Of
# MARK DOMINIC GROSSO
## 877 – 6400 – LAW

| | |
|---|---|
| **Office** | 214.699.1529 |
| **Fax:** | 214.699.0234 |
| **Email** | Office@LawSignal.com |

### *Employment Agreement*

JENNA RYAN_____, ("Client") requests and authorizes The Law Offices of Mark Dominic Grosso ("Attorney") to represent him/her in the following matter CasCase No. 4:22-CV-00559, Jenna Ryan et al v. PayPal Holding Co.

1. Attorney agrees to exercise his best efforts and professional ability and will consult with Client on an ongoing basis regarding major decisions relating to this matter, including trial or settlement.

2. Client agrees to cooperate with Attorney and assist Attorney with preparing the case as Attorney requests.

3. Client agrees not to do any act that impairs the value of the case.

4. Client agrees not to settle the case without Attorney's participation and consent.

5. Client agrees not to speak to others or consult other lawyers about the case.

6. Client agrees to pay costs of investigation, out-of-pocket costs and expenses
   ☐ ON A MONTHLY BASIS     ☐ AS THEY ARE BILLED
   ☐ BY REMITTING $_____     ☐ PER MONTH ☑ OTHER ARRANGEMENT.

7. Client agrees to pay Attorney's fee for professional services as follows: _25___% of any settlement or recovery, and _40____% if the case is appealed. Further, if, at the time the case is settled or a judgment is paid, Client owes Attorney for any expenses or other items, Lawyer may deduct that sum from the amount to be paid to Client. The percentage recovery will be calculated ☐ BEFORE ☑ AFTER outstanding medical bills, expenses and costs of suit are deducted.

8. Attorney will not settle Client's claim without the approval of Client, who will have the absolute right to accept or reject any settlement. Attorney will notify Client promptly of the terms of any settlement offer received by Attorney.

9. If Client makes no recovery, Client owes Attorney nothing for legal services but must pay expenses.

10. If Client decides to terminate the case after Attorney has provided substantial legal services, Client must pay Attorney a sum equal to the probable fee, to be determined by a panel of the American Arbitration Association. Lawyer will bear the cost of the arbitration.

| Office Address | Mail Only |
|---|---|
| 140 E. Main Street, Suite 200 | 6101 Long Prairie Road, Suite 744-300 |
| Lewisville, Texas 75077 | Flower Mound, Texas 75028 |

www.LawSignal.com

11. Attorney will have a lien for Attorney's fees and costs advanced on all claims and causes of action that are the subject of representation of Client under this agreement and on all proceeds of any recovery obtained (whether by settlement, arbitration award, or court judgment).

12. Client may discharge Attorney at any time by written notice effective when received by Attorney. Unless specifically agreed by Attorney and Client, Attorney will provide no further services and advance no further costs on Client's behalf after

13. Attorney may withdraw at any time as permitted under the Rules of Professional Conduct. The circumstances under which the Rules permit such withdrawal include, but are not limited to, the following: (a) The client consents, and (b) the client's conduct renders it unreasonably difficult for the attorney to carry out the employment effectively. Notwithstanding Attorney's withdrawal, Client will be obligated to pay Attorney out of the recovery a reasonable attorney's fee for all services provided, and to reimburse Attorney out of the recovery for all costs advanced before the withdrawal. If there is no recovery, or the recovery is insufficient to reimburse Attorney in full for costs advanced, Attorney will bear the loss.

14. Attorney reserves the right to terminate this contract if at any time he/she concludes that the claim is without merit.

15. Client agrees that Attorney cannot promise or guarantee a particular result.

16. Client fully understands that Client may select any attorney of Client's choice, and that by signing this Agreement, Client has willingly and freely chosen The Law Offices of Mark Dominic Grosso to represent Client, without solicitation, undo influence, barratry or encouragement. Client agrees that this Agreement is fair and was not made through undue influence or pressure.

17. This agreement represents the full agreement between Client and Attorney. No other agreement, written or oral, exists, and discussions between Client and Attorney that are not set forth in this agreement are not part of this agreement.

18. If Client and Attorney agree to change any term in this agreement, the agreed-to change must be in writing and signed by both parties.

I, _____, acknowledge that I have read this agreement fully, understand its terms., and agree to them. I received a copy of the agreement when I signed it.

_____          _____
Client                                      Date

_____          _____
Attorney                                    Date

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas Attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct. The State Bar's Office of General Counsel will provide you with information about how to file a complaint. Please call 1-800-932-1900 for more information.

