# EXHIBIT H



Jenna Ryan <jennaryanrealty@gmail.com>

---

## Arbitration Case: # 01-23-0003-6758

---

**AAAFiling** <AAAFiling@adr.org>  Wed, Sep 6, 2023 at 9:29 AM
To: Jenna Ryan <jennaryanrealty@gmail.com>, AAAFiling <AAAFiling@adr.org>

Hello,

After reviewing the submission for a fee waiver on case #01-23-0003-6758, the AAA has determined to partially grant your request for a hardship waiver and will waive $10,500 of the $12,000 filing fee.

Please keep in mind this *only pertains to this filing fee* that are your responsibility, and does not affect any obligation to pay arbitrator compensation or subsequent fees.

At this time, the AAA requests payment of **$1,500** for the filing fee by close of business **Friday, September 15, 2023.** If you wish to pay by credit card, please advise and a secure pay-link will be sent to your attention.

Please note that all communication for this case will be done in writing, if you have any questions please feel free to e-mail us.

Thank you,

[Quoted text hidden]



Jenna Ryan <jennaryanrealty@gmail.com>

---

## Arbitration Case: # 01-23-0003-6758

**AAAFiling** <AAAFiling@adr.org>  Fri, Sep 22, 2023 at 6:10 AM
To: Jenna Ryan <jennaryanrealty@gmail.com>, AAAFiling <AAAFiling@adr.org>

Hello,

The AAA acknowledges receipt of your correspondence. Should you wish to withdraw this matter, with the option to potentially re-file at a later date, you may provide that confirmation to the attention of this address. Further, please see the attached Commercial Fee Schedule which provides more information regarding the AAA's initial filing fee and administrative fees under these rules. Please note the AAA will abide by any court order should one be provided.

Thank you,



**AAAFiling**
**Administrative Assistant**

American Arbitration Association

E: AAAFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Jenna Ryan <jennaryanrealty@gmail.com>
**Sent:** Thursday, September 7, 2023 12:18 AM
**To:** AAAFiling <AAAFiling@adr.org>
**Subject:** Re: Arbitration Case: # 01-23-0003-6758

*** External E-Mail – Use Caution ***

It is upsetting to me that the amount you want to charge me is the amount in my bank account. Do you not think that a person needs to eat, drive, pay electric bills, insurance? Why did you say you would charge me the exact amount that was in my bank account? Who decided this? I would like to know the fee waiver process.

Also, what other fees would I be required to pay?

On Wed, Sep 6, 2023 at 8:26 PM Jenna Ryan <jennaryanrealty@gmail.com> wrote:

> I am going to file a Motion with the Court to have my case returned to court since I am unable to afford the filing fees.

# EXHIBIT H

 **Gmail**

Jenna Ryan <jennaryanrealty@gmail.com>

---

## Arbitration Case: # 01-23-0003-6758

**Jenna Ryan** <jennaryanrealty@gmail.com>　　　　　　　　　Mon, Aug 28, 2023 at 1:53 PM
To: AAAFiling <AAAFiling@adr.org>

Here is the <u>signed waiver of fees</u>.

I want to add that I am a real estate agent and the market has taken a severe turn for the worse. The damages that PayPal caused me and my business is especially damaging during a real estate downturn like now. I am working 70 hours per week now, and barely able to survive. My clients refuse to return my calls after all of the publicity I received about being a fraud and a con from the PayPal disclosure of my private financial information. PayPal smeared me to the media when I was raising funds for legal fees, and this caused my fundraising efforts to be destroyed. I have had to close my business and start a new business from scratch and this has been extremely debilitating to my business.

I do all my banking in my business account. I have $1383 in that account with several bills due, and it is uncertain if I have any money coming in for next month. I am working 7 days a week, 70 hours per week and barely surviving. I do not have any investments, or other income. Before PayPal did this to me, I had a second business, SelfLoveU, but that business is dissolved now. Also, I can no longer hire agents due to my reputational damage. Trying to recover damages has also taken up enormous time, and trying to find representation has taken more hours than I can count. I need immediate relief from the damages PayPal caused me.
[Quoted text hidden]

---

📄 **Support_of_Hardship_Waiver_of_Fees-2.pdf**
300K

DocuSign Envelope ID: 6D82B631-BDCC-4E17-BFFB-2D694416E6C2



# AMERICAN ARBITRATION ASSOCIATION AFFIDAVIT IN SUPPORT OF ADMINISTRATIVE FEES
## HARDSHIP WAIVER — BUSINESS

| | |
|---|---|
| AAA Case No: | |
| Name of business: | Jenna Ryan Realty / First Place Real Estate |
| Describe business: | Real Estate brokerage |

### Business

| | | | | | |
|---|---|---|---|---|---|
| Address: | 6160 Warren Pkwy., Ste: 100 | | | | |
| City: | Frisco | State: | Texas | Zip Code: | 75034 |

- Number of employees: 0
- Organization/business type: Sole Proprietorship, LLC
  (General/Limited Partnership/Sole Proprietorship/Corporation/Limited Liability/Company)
- Date business established: 2013
- Gross annual business revenue: 80,000
- Net annual business revenue: 65,000
- Operating expenses: 25,000
- For profit: ● Yes ○ No
- How many years in operation? 10 years
- Affiliated or related organizations/businesses:

### Prior Applications for Fee Waivers

- Within the last two years, have you requested the AAA or a court waive your fees and costs? ○ Yes ● No
- AAA? ○ Yes ● No .... What court(s)?
- What was the outcome?

### GUARANTOR INFORMATION:
### Additional Income

- Bonuses (including frequency): None
- Amount and types of government assistance: None
- Business, profession or other self-employment income: None other than from real estate brokerage stated above
- Rent payments received, interest, or dividends: None
- Pension, annuity or life insurance payments received: None



**AMERICAN ARBITRATION ASSOCIATION** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**AMERICAN ARBITRATION ASSOCIATION AFFIDAVIT IN SUPPORT OF ADMINISTRATIVE FEES**
**HARDSHIP WAIVER — BUSINESS**

Disability, or workers compensation payments: None

Other financial support or income, (state source and amount you receive, and frequency):
None

### Assets

Total cash and/or checking accounts: $ 1363.00

Total in CDs and savings accounts: $ None

Value of liquid investments (mutual funds, ETFs, etc.): None

Value of other investments (stocks, bonds, trusts): None

| | |
|---|---|
| Attorney's fees: $ No Attorney | My representative is working on a contingency basis or pro bono. ○ Yes ● No |

Gross pay or wages for household: $ See above ............per ○ week/ ○ month / ○ year (select one)
Gross pay is the amount of money you earn before taxes are taken out. The amount entered should represent the pay/wages for each adult in household, listed in the section below.

Take-home pay or wages for household: $ See above     per ○ week/ ○ month / ○ year (select one)
Take-home pay is the amount of money you receive after taxes are taken out. The amount entered should represent the pay/wages for each adult in household, listed in the section below.

Number of people in your household: 1

Number of adults (over 18 years old) in your household: Just me

Number of children (18 years old or under) in your household: Just me

Household means the number of people you can claim as a dependent on your income tax returns, including you and your spouse or partner (if you are married).

I am a party to this case and declare that I do not have the financial means sufficient to pay the AAA's administrative fees. I understand that any hardship waiver, if granted, does not affect my separate obligation to pay arbitrator compensation. I hereby swear and affirm that the foregoing is a true and correct statement of my financial condition and my ability to pay.

DocuSigned by:

*Jennifer L. Ryan*
Signature
A8D84BB34F194DA...

Please email completed form to AAAfeewaivers@adr.org.

Or mail to:
American Arbitration Association
Attn: Fee Waivers
1301 Atwood Avenue
Johnston RI, 02919