# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**EXHIBIT I**

JLR GLOBAL LLC, et al

    Plaintiffs,

v.

PAYPAL INC.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-559
JURY TRIAL DEMANDED

### DECLARATION OF JENNIFER RYAN

I, the undersigned, make this declaration to the best of my knowledge, and do so under the penalty of perjury.

I am unable to pay for the attorneys fees and arbitration costs required in this case. I have contacted over 30 attorneys and the only attorney willing to represent me in arbitration against Defendant estimates the cost of the arbitration to be at least $350,000. In order to arbitrate my case effectively, I would have to pay $350,000 or get a loan for that amount. I do not have $350,000 and I cannot obtain a loan for $350,000.

I am unable to pay $350,000 in attorneys fees and arbitration costs. My businesses were destroyed after the Defendant's actions against me, and I have been working very hard to reestablish myself financially, however, as of now, my savings and retirement accounts are depleted. I am deeply in debt and struggling to survive. Market conditions are worsening for real estate and I'm working overtime to survive financially.

The amount of $350,000 is too high for me to pay to arbitrate with the Defendant, and if I am required to arbitrate, I will have no other choice but to forgo my claims due to lack of funds and resources.

November 4, 2023

_Jennifer L. Ryan_
Jennifer L. Ryan