IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE. LLC, FIRST PLACE REAL ESTATE, SELFLOVEU, LLC, THE JENNA RYAN SHOW, DOTJENNA, and JENNIFER RYAN,

Plaintiffs,

v.

PAYPAL INC.,

Defendant.

CIVIL ACTION NO.: 4:22-cv-559

JURY TRIAL DEMANDED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 0 6 2023
BY DEPUTY_____

### Pro Se Motion to Remove Current Attorney from Case

Plaintiffs respectfully ask the Court to remove Attorney Ron Burns as counsel from this case due to his formal request to withdraw from the case and non-responsiveness, and asks the Court to recognize Jennifer L. Ryan as Pro Se. Jennifer L. Ryan is not an attorney, but did attend paralegal school for two years and was employed as a paralegal for several years and is somewhat familiar with the litigation process.

November 6, 2023

Respectfully Submitted,

By: /s/ Jennifer L. Ryan

FIRST PLACE REAL ESTATE
6160 Warren Pkwy, Ste: 100
Frisco, TX 75034

469-491-0587
jennaryanrealty@gmail.com

PRO SE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed in person on November 6th, 2023, electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 6th day of November, 2023.

/s/ Jennifer L. Ryan