

1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

October 3, 2023

Jennifer Ryan
6160 Warren Parkway
Suite 100
Frisco, TX 75034
Via Email to: jennaryanrealty@gmail.com

Robert Vartabedian, Esq.
Alston & Bird, LLP
301 Commerce Street
Suite 3635
Fort Worth, TX 76102
Via Email to: rob.vartabedian@alston.com

Case Number: 01-23-0003-6758

Jennifer Ryan
-vs-
PayPal, Inc.

Dear Parties:

On **August 24, 2023**, Claimant was notified that the filing requirements for the above matter have not been met. The filing deficiency has not been cured.  Accordingly, we have administratively closed our file.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system.  Such electronic documents may not constitute a complete case file.  Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email the undersigned with any questions, including any questions about AAA's filing requirements.

Sincerely,

/s/

AAA filing
Administrative Assistant
Direct Dial: ()-
Email: AAAfiling@adr.org
Fax: ()-

cc:

**EXHIBIT A**