# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JLR GLOBAL, LLC, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Civil Action No. 4:22-CV-559 |
| v. | § | Judge Mazzant |
| | § | |
| PAYPAL HOLDING CO., | § | |
| | § | |
| *Defendant.* | § | |

## SHOW CAUSE ORDER

On September 27, 2023, the Court entered an Order (Dkt. #29) denying Ronald W. Burns' Motion to Withdraw from Representation of Plaintiffs due to Counsel's failure to respond to a Court Order and provide the Court with contact information for each Plaintiff in this case.

The Court hereby ORDERS attorney Ronald Burns to appear before the Court to show cause for failing to comply with the Court's July 26, 2023 Order (Dkt. #28).

It is therefore ORDERED that a Show Cause Hearing is set for **Friday, December 15, 2023,** at **9:00 a.m.** at the **Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas  75090**.

**IT IS SO ORDERED.**

SIGNED this 27th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE