IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-559<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Ronald W. Burns' Motion for Reconsideration of Ronald W. Burns's Motion to Withdraw from Representation of Plaintiffs ("Motion to Withdraw") (ECF No. 27). Having considered this motion, the Court finds that there is good cause for now granting the Motion to Withdraw.

It is therefore ORDERED that Ronald W. Burns is withdrawn from representing the plaintiffs in this matter.

    SO ORDERED.