# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JLR GLOBAL, LLC, ET AL. | § | |
| | § | |
| v. | § | Civil Action No.  4:22cv559 |
| | § | Judge Mazzant |
| PAYPAL HOLDING COMPANY | § | |

## ORDER

Before the Court is Ronald W. Burns' Response to Court's Show Cause Order and Motion for Reconsideration of Ronald W. Burns' Motion to Withdaw from Representation of Plaintiffs (Dkt. #37).  The Court, having considered the pleading and record of the case, finds that Counsel's request for withdrawal should be and hereby is GRANTED.  The Clerk is directed to terminate Ronald W. Burns as counsel for Plaintiffs in this case.

A corporation cannot appear in federal court unless represented by a licensed attorney. *Memon v. Allied Domecq QSR,* 385 F.3d 871, 873 (5th Cir. 2004).  Corporate entity Plaintiffs must retain counsel in order to defend claims in this court.

It is therefore **ORDERED** that Plaintiffs JLR Global, LLC, Jenna Ryan Realty, LLC, Jenna Ryan Real Estate, LLC, First Place Real Estate, SelfLoveU, LLC, The Jenna Ryan Show, and dotJenna shall have thirty (30) days to obtain counsel and for counsel to make an appearance in this case.

It is further **ORDERED** that the Clerk shall enter the *pro se* appearance of Plaintiffs on the court docket, as follows:

For Plaintiff Jennifer Ryan:

> Jennifer Ryan
> 407 E Tyler Street
> Richardson, TX  75081
> jennaryanrealty@gmail.com
> 469-491-0587

For all other Plaintiffs:

>c/o Jennifer Ryan
>430 N. Carroll Avenue, Suite 120
>Southlake, TX 76092-6452
>469-491-0587

It is further ORDERED that Plaintiffs' *Pro Se* Motion to Remove Current Attorney from Case (Dkt. #31) is denied as moot.

The Clerk is directed to CANCEL the December 15, 2023 hearing in this case.

The Clerk is instructed to mail a copy of this Order to Plaintiffs and also email the Order to jennaryanrealty@gmail.com.

**IT IS SO ORDERED.**
**SIGNED this 6th day of December, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE