IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE, LLC, FIRST PLACE REAL ESTATE, SELFLOVEU, LLC, THE JENNA RYAN SHOW, DOTJENNA, and JENNIFER RYAN,<br><br>    Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant | Case No. 4:22-CV-559 |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court and I appear in this case as retained counsel for the following Plaintiffs:  JLR GLOBAL, LLC, JENNA RYAN REALTY, LLC, JENNA RYAN REAL ESTATE, LLC, SELFLOVEU, LLC., THE JENNA RYAN SHOW, and DOTJENNA.

Date:   December 11, 2023.

*/s/ Mark D. Grosso*
Mark D. Grosso
State Bar No. 24071029

GROSSO LEGAL PLLC
140 E. Main Street, Suite 200
Lewisville, Texas 75057
Tel:   (214) 699-1529
Fax:   (214) 699-0234
MDG@LawSignal.com