IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
MAR 3 1 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

JENNIFER RYAN,

    Plaintiff,

v.

PAYPAL INC.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-559

JURY TRIAL DEMANDED

## MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE AMOS MAZZANT:

Plaintiff Jennifer Ryan, *pro se*, respectfully moves this Court under Federal Rule of Civil Procedure 55(a) for default judgment against Defendant PayPal Holdings, Inc. ("PayPal"). PayPal has failed to plead or defend against Plaintiff's Amended Complaint (Dkts. #49)—filed February 24, 2025, with 48 exhibits of new evidence—despite over a month under the stay (Dkt. #25, p. 13). PayPal's persistent silence—spurning even Plaintiff's reasonable settlement offer of March 10, 2025—cements its default, admitting claims of constitutional violations, state collusion (18 U.S.C. § 241), and $85 million in damages, resolving this grueling case. Plaintiff submits:

### I. BACKGROUND

On January 20, 2021, PayPal banned Plaintiff's accounts and leaked it to the press (Dkt. #49, Exhibit C1—CBS, 3:06 PM), unleashing 28+ defamatory articles (Dkt. #49, Exhibit D) and mass deplatforming (Dkt. #49, Exhibit F), landing Plaintiff in jail for "media interest," not acts (Dkt. #49, Exhibit Q, p. 14; Dkt. #58, Exhibit G—"peaceful"). This trailed an FBI raid over her peaceful January 6 presence (Dkt. #49, Exhibit A) and a $200 fundraiser tweet (Dkt. #49, Exhibit B). Plaintiff's Amended Complaint (Dkts. #49) hits with 48 exhibits—her pardon (Dkt. #58, Exhibit P—EO 14147, Jan. 20, 2025), DOJ corruption (Dkt. #49, Exhibit G—Weaponization

Report), PayPal's FBI/FinCEN ties (Dkt. #58)—claiming $85 million (Dkt. #49) and arguing PayPal waived arbitration (Dkt. #49, Section V). PayPal's response? Nothing—not to the Amended Complaint (due March 10), not to Plaintiff's reasonable settlement offer of March 10, 2025 (Dkt. #59, I.4), nor yet to motions alleging state actor status (Dkt. #58) and arbitration's collapse (Dkt. #59), both filed March 26, 2025—silence across the board.

## II. LEGAL STANDARD

Rule 55(a) triggers default when a defendant "has failed to plead or otherwise defend," backed by affidavit or record. A stay permits limited response—substantive argument waives arbitration (*Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1102-03 (11th Cir. 2004), and In re *Mirant Corp.*, 613 F.3d 584, 591 (5th Cir. 2010))—but silence seals it. Courts don't defend the mute (*United States v. Sineneng-Smith*, 140 S. Ct. 1575, 1579 (2020)). Default admits well-pleaded facts (*Lewis v. Lynn*, 236 F.3d 766, 768 (5th Cir. 2001); Fed. R. Civ. P. 8(b)(6)).

## III. ARGUMENT

PayPal's 47-day silence on Plaintiff's Amended Complaint (Dkt. #49)—due March 10, 2025 — demands default:

1. **No Answer:** PayPal dodged 48 exhibits proving state collusion (18 U.S.C. § 241), constitutional breaches (First/Fifth Amendments), waiver of arbitration, and $85 million damages (Dkt. #49)—47 days, no peep.

2. **Willful Silence:** PayPal can't defend itself without waiving arbitration (Dkt. #25)—a bind no stay can excuse (*Mirant*, 613 F.3d at 591)—and snubbed Plaintiff's reasonable March 10, 2025, settlement offer (Dkt. #59, I.4), doubling down. Respectfully, this Court can't speak for PayPal (*Sineneng-Smith*, 140 S. Ct. at 1579)—default is the reality.

3. **Admitted Truth:** PayPal's silence owns its ban/leak (Dkt. #49, Exhibit A, C1), "media interest" jailing (Dkt. #49, Exhibit Q), state actor ties to FBI/FinCEN (Dkt. #58), and arbitration waiver as Plaintiff argued (Dkt. #49, Section V).

Plaintiff's hell—defamation, ruin, jail—deserves reckoning; PayPal's silence hands it over.

## IV. RELIEF REQUESTED

- Default judgment for $85 million (Dkt. #49).
- Lift stay (Dkt. #25) for trial if contested.
- Further just relief.

DATED: March 31, 2025

Respectfully submitted,

Jennifer L. Ryan
469-491-0587
jennaryanrealty@gmail.com

*Pro se Plaintiff*

## CERTIFICATE OF SERVICE

I, Jennifer Ryan, certify that on March 31, 2025, I hand-delivered this MOTION FOR DEFAULT JUDGMENT, with exhibits, to the Clerk, U.S. District Court, Eastern District of Texas, Sherman Division, 101 E. Pecan Street, Sherman, TX 75090, for filing in Case No. 4:22-cv-559, and served it via CM/ECF to all counsel of record.

/s/ Jennifer L. Ryan