# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JLR GLOBAL, LLC, ET AL. | § |
| | §   Civil Action No.  4:22cv559 |
| v. | §   Judge Mazzant |
| | § |
| PAYPAL HOLDING COMPANY | § |

### ORDER OF REFERRAL

Pursuant to 28 U.S.C. §636 and the Local Rules of this Court for the Assignment of Matters to Magistrate Judges, the Court hereby **REFERS** the above-referenced case to the Hon. Bill Davis for all pretrial proceedings.

**IT IS SO ORDERED.**

SIGNED this 31st day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE