IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JLR GLOBAL, LLC,** *et al.* § | |
| § | |
| v. § | NO. 4:22-CV-00559-ALM-BD |
| § | |
| **PAYPAL HOLDING COMPANY** § | |

# ORDER

Plaintiffs JLR Global, LLC; Jenna Ryan Realty, LLC; Jenna Ryan Real Estate, LLC; First Place Real Estate; SelfLoveU, LLC; The Jenna Ryan Show; dotJenna; and Jennifer Ryan sued PayPal for several statutory and common-law causes of action. Dkt. 9 (operative complaint). PayPal moved to compel arbitration. Dkt. 10. The court granted that motion and stayed the case pending arbitration. Dkt. 25. Proceeding pro se, Jennifer Ryan moved for reconsideration of that order. Dkt. 30. Her motion was denied. Dkt. 43. Ryan moved to lift the stay, Dkt. 44, and filed a supplemental motion to lift the stay, Dkt. 47. PayPal responded to those motions. Dkts. 45, 51.

Despite the stay, Ryan filed nine more motions. Dkts. 48, 50, 52, 53, 55, 58, 59, 60, 68. She also filed two proposed amended complaints. Dkts. 49, 62.

A stay "halt[s] or postpon[es] some portion of the [judicial] proceeding" by "suspend[ing] judicial alteration of the status quo." *Nken v. Holder*, 556 U.S. 418, 428–29 (2009) (discussing a stay pending an interlocutory appeal). When the court orders the parties to arbitrate a dispute, the "court's involvement ordinarily stops at that point." *In re Sussex*, 781 F.3d 1065, 1071 (9th Cir. 2015). "[T]he stay typically functions to prevent further litigation in court until a final arbitral award has been rendered." *Billie v. Coverall N. Am. Inc.*, No. 22-718-CV, 2023 WL 2531396, at *2 (2d Cir. Mar. 15, 2023).

Until it rules on the motion and supplemental motion to lift the stay, Dkts. 44, 47, the court will not consider any other motions.

It is **ORDERED** that, while the case is stayed, neither party is required to respond to any pending motion absent further order of the court. Failure to respond will not be deemed a waiver, forfeiture, or default.

So **ORDERED** and **SIGNED** this 9th day of April, 2025.

_____
Bill Davis
United States Magistrate Judge