IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JENNIFER RYAN,

    Plaintiff,

v.

PAYPAL INC.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-559

JURY TRIAL DEMANDED

**FILED APR 10 2025 CLERK, U.S. DISTRICT COURT TEXAS EASTERN**

### PLAINTIFFS' OBJECTION TO DKT. 69 AND SELECTIVE CONSIDERATION OF MOTIONS & NOTICE OF RELATED LITIGATION

TO THE HONORABLE JUDGE BILL DAVIS:

Plaintiff Jennifer Ryan, pro se, objects to the Court's April 9, 2025 Order (Dkt. #69), selectively considering only Dkts. #44 and #47, while disregarding multiple timely, relevant motions—Dkt. #48, #50, #52, #53, #54, #55, #57, #58, #59, #60, #62, #68—and the Second Amended Complaint (Dkt. #49), risking due process violations and unequal treatment.

**I. OBJECTION TO SELECTIVE CONSIDERATION**

1. Dkt. #69 limits review to Dkts. #44 and #47, Motions to Lift Stay, freezing 13 pending filings without ruling, denial, or acknowledgment—Dkt. #48–#68—constituting a *de facto* denial of Plaintiff's constitutional and procedural rights (*Haines v. Kerner*, 404 U.S. 519 (1972)).

2. Unaddressed filings—e.g., Dkt. #49 (constitutional claims, ¶¶ 27-28), Dkt. #58 (state actor), Dkt. #59 (waiver), Dkt. #60 (default)—raise First/Fifth Amendment violations, state action (*Brentwood Academy v. Tennessee*, 531 U.S. 288 (2001)), arbitration waiver (*Morgan v. Sundance*, 142 S. Ct. 1708 (2022)), and default (Rule 55(a))—critical to arbitrability and Plaintiff's claims.

3. Selective consideration—while excusing Defendant's 36-day silence (Dkt. #49, due March 17)—violates equal protection and due process—prejudicing Plaintiff. (*Lewis v. Lynn*, 236 F.3d 766 (5th Cir. 2001)).

## II. REQUEST FOR RELIEF

Plaintiff requests:

1. Formal rulings on Dkt. #48, #50, #52, #53, #54, #55, #57, #58, #59, #60, #62, #68, and #49—or docket as denied—to preserve appeal rights (*Klay v. UnitedHealthgroup, Inc.*, 376 F.3d 1092 (11th Cir. 2004)).
2. Reconsideration of Dkt. #69's selective freeze. (*Mirant*, 613 F.3d 584 (5th Cir. 2010)).

## III. NOTICE OF RELATED LITIGATION

Plaintiff notifies the Court of imminent litigation in Dallas County against PayPal, DOJ, FinCEN, and federal actors—alleging collusion, surveillance, unconstitutional deplatforming, defamation, and selective enforcement—mirroring Dkt. #49's claims. This notice preserves the record—selective consideration risks inconsistency with a parallel forum. (*Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.*, 473 U.S. 614 (1985))

Respectfully submitted,

*/s/ Jennifer L. Ryan*
Jennifer L. Ryan
469-491-0587
jennaryanrealty@gmail.com

Pro Se Plaintiff

### CERTIFICATE OF SERVICE

I certify that on April 10, 2025, a true and correct copy of this Motion was served on all parties of record via CM/ECF and/or U.S. Mail.

/ s / Jennifer L. Ryan