IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



JLR GLOBAL, LLC, *et al*,

    Plaintiff,

v.

PAYPAL HOLDING COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-559

JURY TRIAL DEMANDED

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jennifer Ryan, proceeding pro se and on behalf of all named plaintiffs, hereby gives notice of voluntary dismissal of this action without prejudice.

Defendant PayPal, Inc. has not filed an answer or a motion for summary judgment, and no prior dismissal of this action has occurred. The Court's March 15, 2023 Order to Stay (Dkt. 25) does not preclude voluntary dismissal under Rule 41(a)(1), as no adjudication on the merits has been made.

Dated: May 1, 2025

Respectfully submitted:

*/s/ Jennifer L. Ryan*
Jennifer L. Ryan
Pro Se Plaintiff
469-491-0587
jennaryanrealty@gmail.com

### CERTIFICATE OF SERVICE

I certify that on May 1, 2025, this Notice was filed in person at the United States Courthouse, 7940 Preston Rd, Plano, TX 75024, and served on all counsel of record via CM/ECF per Fed. R. Civ. P. 5 and E.D. Tex. Local Rule CV-5.

/s/ Jennifer Ryan